IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
IN ADMIRALTY

| | |
|---|---|
| PIERSIDE BOATWORKS, INC., ) | C/A No.: 2:14-cv-4458 DCN |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER OF DISMISSAL** |
| v. ) | |
| ) | |
| SAILING VESSEL NKMWAZI, her ) | |
| engines, bowspirit, anchor, cables, chains, ) | |
| rigging, tackle, apparel, sails, furniture and ) | |
| all accessories hereunto appertaining and ) | |
| belonging to her, *in rem*, and WILLIAM ) | |
| ALAN LUDGATE, *in personam*, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

This matter is before the court upon plaintiff's motion to dismiss. This motion was filed on December 23, 2014. Having considered the motion and the record of the case, it is hereby

**ORDERED** that plaintiff's motion to dismiss is hereby **GRANTED,** and this case is **DISMISSED** without prejudice**.**

**AND IT IS SO ORDERED.**

_____
David C. Norton
United States District Judge

December 23, 2014
Charleston, South Carolina